RICK A. YARNALL                               E-FILED:
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave
Suite 820
Las Vegas, NV  89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | CHAPTER 13 |
|---|---|
| WILLIAM M UMANA | CASE NO: BKS-10-32990-ABL |
| MARTHA FLORES-UMANA | |
| | TRUSTEE'S DIRECTIVE |
| **Debtors** | |

This is an important directive from the Trustee requiring your immediate attention. It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH. If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney. Please be advised that a copy of this directive will be sent to your attorney. You are required to provide to the Trustee the following:

DEBTOR(S) TO SEND COPY OF 2013 TAX RETURN

To date the Trustee has not received the requested data. It is necessary that you comply with the Trustee's request 21 days from the file stamped date of this directive. YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee. If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

ALL CORRESPONDENCE MUST BE MAILED TO:    701 Bridger Ave
                                         Suite 820
                                         Las Vegas, NV  89101


ALL PAYMENTS MUST BE MAILED TO:          RICK A YARNALL, TRUSTEE
                                         P.O. Box 1482
                                         Memphis, TN 38101-1482


PAYMENTS MAY ALSO BE SENT THROUGH OUR ONLINE PAYMENT SYSTEM:

www.lasvegas13.com/epay.php


Dated: 4/24/2014                         /s/ Rick A. Yarnall

                                         Rick A. Yarnall
cc: Andrew S T Fritz Ltd                 Chapter 13 Trustee